IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

ROBERT TOSCH                                                    PLAINTIFF

v.                        Case No. 05-6079

UNUM LIFE INSURANCE
COMPANY OF AMERICA                                              DEFENDANT

### **ORDER**

Currently before the Court is Plaintiff's Motion to Dismiss (Doc. 14). Plaintiff moves this Court to dismiss this action, without prejudice, with each party to bear its own fees and costs. Defendant filed a response (Doc. 15) objecting to Plaintiff's request for dismissal or, alternatively, asking the Court to assess costs against Plaintiff pursuant to Rule 41(d) of the Federal Rules of Civil Procedure in the event the action is re-filed at a later date.

Upon due consideration, Plaintiff's motion (Doc. 14) is GRANTED and Plaintiff's complaint is hereby DISMISSED WITHOUT PREJUDICE pursuant to Federal Rule of Civil Procedure 41(a)(2). Should Plaintiff re-file his complaint, the Court will consider requiring Plaintiff to compensate Defendant for any duplicative costs and expenses incurred.

IT IS SO ORDERED this 9th day of June 2006.

/s/ Robert T. Dawson
Honorable Robert T. Dawson
United States District Judge